September 20, 2025
From: Carol Watkins (Aunt)
On Behalf of: Raphael L. Hammond

Honorable Judge,

I am the aunt of Raphael Hammond and with hopes of sharing some events in his life that likely has lead up to his violent and protective behavior, I ask that he is given another chance at trying to lead a more stable and productive life and provide for his family. He was in the midst of reassessing his life, establishing a work ethic, owning a business, anticipating relocating and being more productive socially.

I am Carol Watkins, Aunt to Raphael Hammond. Raphael was born in 1986 to a mother and father who loved and cared deeply for him and his has 3 other siblings at the time. However, at just 5months old, Raphael lost his father to an unfortunate death, a father he barely had the chance of meeting, but is a splitting image of him, like a twin. Fast forward to 1994, 8 years later, he had the unfortunate death of his mother to deal with at just 8 years old. My nephew from the time he was born up until his mom's illness, at 8 years was extremely attached and close to his mother, always at her side.

Our family, is a tight nit family, we all lived within feet from each other, so he has always had a family that loved and cared for him. Before and upon his mother's illness, she and our family made a proactive decision, to have guardianship over our nieces and nephew, avoiding them from entering the system and being split or torn away from their siblings. Guardianship of her five children at this time to our family was established through the courts.

Fast forwarding as Raphael became a young teen and adult, his experiences in the neighborhood and meeting friends at school, being active in the community and park district activities and good looks, he became friends to many. Raphael is a personable and protective person when it comes to himself and family and very easy to talk to.

I must admit, at some point he had emotional thoughts of not having his biological mother or father in his life, getting in and out of kid trouble and drawn into the wrong activities which can lead up to mischief and behavioral issues. He became a dad at a young age, yet never really having a relationship with his own father, he also learned how to love and be protective of his children unconditionally.

So, I ask in closing, also knowing that he was nearing the end of his 36 months of supervised release and that he was trying extremely hard to turn his life around and make a difference, I ask of the Judge that you apply some leniency on sentencing and take into consideration the actions and activities he has succumbed to that they were not his intentions to harm but in part to protect himself and his family.

Respectfully
Aunt – Carol (Hammond) Watkins
708.567.4431
cwatkiss49@gmail.com

September 20, 2025

From: Antonia L. Hammond

On Behalf of: Raphael L. Hammond

Honorable Judge,

I write to you on behalf of Raphael L. Hammond, requesting leniency in sentencing on the case before you. My name is Antonia L Hammond. I am Raphael's cousin, and former guardian appointed by his mother/my aunt, Lisa Gail Hammond and the courts, when he was 6 years old. He has never met his father, as unfortunately he passed away when Raphael was a few months old. These events, along with the love and support of family and friends have shaped Raphael into the driven, loving, supportive and protective man that stands before us. I know him to be extremely passionate concerning life. He is smart, kind, loving, has a beautiful smile and disposition and is incredibly supportive of his family. He has a desire to succeed in life, despite obstacles, he is peaceful, and wants the best for himself, his children, and grandchildren. His children love him and look to him for guidance and support. We all love and miss him dearly.

I am certain that he has remorse and regret for all actions founded or unfounded, that led to this incarceration, and for any violations to conditions set forth by all authorities. He has been in custody and away from the family for an extended period of time. I am certain that he has had time to assess and prepare to re-direct his energy and future actions. With that, I beseech Your Honor to grant the greatest leniency possible, so that Raphael can return home where he is needed to contribute and dedicate his support to his family.

Respectfully,

Antonia L. Hammond

773-540-9189

alhammond@att.net

Dear Judge,

I am Raphael Hammond's sister; I am the second oldest and the only girl Raphael is my baby brother of Five kids we lost both parents while young and were separated and raised through family. Raphael has a diligent, perpendicular, modest, heart! Raphael stays to himself and doesn't mean no one any harm Raphael Loves to go out and enjoy life and he is very special to me, we talk every day when he is available Raphael's siblings including me misses him and so do his grandbabies and children. My grandmother spoke on my brother and asked about him every day over the phone before she passed recently, she was crazy about Raphael. Raphael has family that really loves him and prays for him everyday Raphael was protecting himself from losing his life and I am grateful that he didn't that night. Our family just wants a fair decision in his case. Raphael is a man; a good man and family man he just wants a fair decision wisely.

Respectfully,

Tiffanni Hammond

312-721-6022

hammondtiffanni@gmail.com