8/15/2025

Dear Judge / Your Honor,

I am writing this letter to you in regards of Raphael Hammond on how much he have an impact in our lives especially his kids and how this terrible incident has caused So much hurt and trauma in our lives. (Especially his kids). I am fully aware of the circumstances my child's father/fiance has played in this disturbing matter and I strongly believe that it is consequences for everything you do in this world (good or bad) Although that night his children and I could have lost him overall because of what he OWNED, that is what hurts the most he was just out trying to enjoy himself and someone wanted not-only rob him for what he had but for his life as well. Just to even think he leaves behind 8 children whom loves him dearly, we share a now 2½ yr old who was ½ when he was arrested, she still remembers him and ones for him daily sleeps with his picture and asks

when will he come home. I tell
her he is in comp lol she is so smart
to only be 2 and understands well.
All of his children looks at him
like their superhero. I must say no.
matter what he takes pride in being
a father to his kids and that means
alot especially in todays world and
being a african) american and please
understand that I am not trying
to throw a pity party I just wanted
the world to see another side to him
then what society tries to make
him out. Without him has been so hard
and devestating for us all mentally, psychiqly
and emotionally, As stated befor I
have his youngest she's a girl her name
is summer we planned her he promised
to do right by her and to right all his
wrongs but some how it didnt go exactly
as planned. Although Im so blessed we
didnt lose him completely he still is away
from her and shes growing up so fast, as
I said befor she was 4 1/2 when he
left she's going on 3 now it shatters
my heart when she cries in the middle
of the night for him or when we say

our goodbyes at visits. He ~~has~~ also
has a 12yrold and a 9yr old who has
gone into child protective services
because the mom is mentally unstable
and is addicted to drugs so she basically
gave up on them. Before Raphael was
arrested he tried his best to take
care of them and be there for them
but once he left they life went
down hill because of the mother and
I truly believe she did it just to hurt him
(Raphael) the same woman that made up
the fake domestic on him because she
wants him to be with her. Its so sad to
watch because the kids are literally the
only ones that are suffering, throughout
the days I see them all the time
standing at bus stops alone or out late
hours which I know for a fact they dad
wouldn't allow it if he was free but
mom doesn't care, I try to give them
money for food and talk to them and
tell them they dad love them but they
pretty much feel like they have to
fean for they self at such a young
age it hurts to see it because I watched
Raphael stress and cry many nights saying

how he wanted to get full custody of his children and each time they mom came and ruined it he even tried to get her the help she needed by enrolling her into mental institutions but of course it didn't help or work. I'm saying this to say I know and understand he has to pay his debt to society but as to mother to mother, father to father, I hope you find it in your heart to have some what of grace for not me, not for him but for his children they are who get effected the most and they are our future. I truly believe he wants to change because he sees now his kids need and misses him deeply... thank you for taking the time to listen, may God bless you!!

Best Wishes,
Koelijah Lee

9/5/25

Judge

I'm Writing this letter in regards to my grand children's father Raphael Hammond. I have Known him since he was about 10 years old. I Know he lost his mom & dad at a very early age which Im Sure Affected a lots of his decision growing up Some good and some bad, but the one thing for Sure I Know about him is he's A very smart Man, he doesn't Always make good decisions. He is definitely A great father to all of his children, he spends a lot of time with them supporting them in there sports events, getting in the Kitchen cooking with them. Down through the years I've Watched him support whatever the Kids Wanted to do. I have Seen such a Change in these children since he's been Away. All of them are so Angry since he left. Before he left he was Working out with his oldest son. Judge there's so

~~Many~~ Many Positive Things
I Could Say About Raphael ~~~~
being a great dad, but I Know
you Are a busy man, Thank you
for taking time to read my letter

Alice Grisham

Alice Grisham
4813 N. Winthrop Ave
Chicago, IL 60640
773 780-9854

Dear Judge

My name is La'Nyah Hammond, and I am in the 8th grade. I am writing this letter from the bottom of my heart because I really want my dad to be with me on a very important day - my 8th grade Graduation.

My dad means so much to me. He's Not perfect, but he loves me and Always tries to be there for me when he can. This graduation is a big stepping Stone in my life, and it would mean the world to me if he could be there to see me walk across the Stage. I've worked hard in school, and I know he would be proud to watch me celebrate this moment.

I understand there are rules and things I may not fully understand, but I'm just a kid asking for something that really matters to me: having to see everyone els with their dad but me is going to hurt. I also want him to meet My classmates. I'm not asking For forever - Just one day. Just a Few hours So I can feel like my family is whole on one of the most important days of my life

Thank you for reading my letter and for thinking about what it would mean to me and my dad.

Sincerly La'Nyah Hammond

9/7/25

Judge
        My name is Ms Riley. Im
the Mother of four of Raphael
Hammonds children. I suffered
a stroke a couple of weeks
Ago due to Stress. Its really
been hard not having the help and
support from Raphael. I had to
step up and do it all alone. I
didn't realize just how much
I really needed him until he
was gone. Im trying to make
sure my children are well Rounded.
This parenting thing is definitly a
two parent job. Raphael was doing
everything in his power to keep
them busy and make sure they
didn't end up in the streets. He's
been a good dad to them. They
need him. I Need his support.
He is definitly their hero.

                            Thankfully Ms Riley

September 5, 2025

To the Honorable Judge
  I am Rosie Grisham (Gran-Gran)
I am the great grandmother of the
Hammond Childrens.
   It is hard to watch my great
grand children hurt becouse thier
father make so bad choices! He is so
Present in thier life! He show theme
so much love! Raphael is a good
father! He spend time with his children.
   I have watch them (his childrens try
to fine comfort in food only to gain
lbs.

Steven hammond

Dear Judge This is Steven hammond I am writing this letter to respectfully Explain Why my father is important in my life and belive he can play a good roll in my daughter. As a Son, I have alway look up to my dad being his first Son. He has alway gave me advice, Support; ~~words~~ wisdom. He has taught me how to be responsible, hard working. and respect, and I continue to Learn from his mistake. which help's make me become a better man to raise my daughter. as i get older. I relise my dad was always in Jail. but i still love my dad i Just want him here for my dad.

Dear honorable Judge This Lisa hammond raphael daughter writing this letter. I am writing to you with deep respect to express why my father, is such an important part in my life and especially My daughter Desires my father was always My first resource and I need his unconditional love For me and My daughter. He has played a vital role in helping get a place For me and My daughter, but he Never got a chance. His presence gives her a sense Of family Connection, tradition, and Support that i cannot give her alone all im asking is you to give him another chance So he can be in My daughter life. Thank For listing to me, and how I feel.

Lisa

19yrs old

(Massiah Hammond)
19yrs old

Dear                                                          9/7/25

Hi my name is massiah Hammond and
I am writing to you with respect and sincerity
regarding my father (Raphael Hammond) I
understand the seriousness of his situation
but I want to share how important he is
to me and how deeply I need him in my life.
my father has always been more than just
a parent - he is my guied my supporter
and the person I look to for strength he has
taught me how to become a strong black young
man I am today. Without my father I feel like
a big part of me is missing. His presence
gives me comfort and direction and I know
that with him in my life I am stronger
and more grounded. I believe in him and
I know that he has ability to be the
father I continue to need and the man
who can contribute positively to his family
and community I respectfully ask you
to consider how much my father means to me
and how much his guidance shapes my future,
I truly need him in my life not just as
a parent but as a role model and source of
love and support. Thank you for taking the
time to read my letter for considering the
impact my father has on me and my fath..

With respect
[massiah hammond]

13yrs old

Dear        Judge                          9/6/25

My     name     is    raphael    and    im    writing
this    letter    to    respectfully    Express    How
Important    my    dad    is    to    me    and    why
I    need    him    in    my    life.    Growing    up
Without    my    farther    consistently    pres
has    been    really    difficult.    There    ha
been    moments    In    my    life    When
needed    his    advice,    and    just    his    prese
and    he    wasn't    there    the    way    I
needed    him    like    I    didnt    have    the f
Support    that    every    child    had.    No
matter    how    strong    I    try    to    Be,
    There    are    times    I    Just    really    ^
My    dad    and    wish    he    could    be
more    involed    im    My    life,    My    dad
is    Someone    who    I    know    loves    ^
and    wan'ts    to    be    there    for    me.    Wh
I    do    get    to    Spend    time    with    him
I    Feel    happeir    and    more    complete.
truly    Belive    having    him    activley    In
My    life    would    help    me    grow    into
a    better,    Stronger    young    men    Im    no
asking    for    anything    Except    to    get
the    chance    to    have    a    real    relation
with    my    Farther.    I    Just    hope    he
give    another    chance.    Even    iF    you    give
him    house    arrest    or    like    a    cou
Month's    it    will    mean    a    lot    t
me.    I    just    really    want    him    to
See    his    Son,    his    j̶f̶    walk    acrosse
the    Stage.    I    think    it    will    make
him    verey    happy    and    would    mal
me    happy    to.    T    kst    hope    you    mat

# Dear Judge 9/6/2025

My Name is Lawryn Williams And Im writing This letter to my Uncle Ralph. Uncle Ralph is Very Important to me and my Family. Since I've Been in Chicago Not being Able to See him is Difficult. It's also making my cousensed that has Not Here. Usually he Would take us Fun Places Or Cook and Bake With us in the house. My uncle is Very Good. person and He's Fun, Can you Please Consider Releasing him So we Can go back to Our Fun Filled Lives.

Mason hammond 12 yrs old
major hammon 10 yrs old
Dear honorable Judge, this
letter is coming From mason
hammond and major hammond.
we are writing this letter
together as sons, to Exsplain
how important my dad is to
us. our dad has always
been the person to look up
to. He has taught us
responsiblity, respect, and how
to carry ourselves as young
Men. His guidance has shaped
us to be young men we
are today, and his presence
continues to give us strenght
and direction in our adult
lives. When we face challengs
he is the one we
turn to get advice, Encouragement
and stabilty. I know my
letter probally dosen't
Matter cause your choice
is your choice But I hope
you read this and make
a decent choice

from mason and major